# EXHIBIT 55

Earlene
* Leadership Support
* Follow Direction
* Support the colleagues
* Your language
* Not appropriate to talk to your team about your situation > ?
*

Patients not being harmed w/ this decision

Performance Improvement Plan
* 24/7 responsibility
"wasn't"

Risks

Reasons
1) DNA
2) Media threats from RNs
3) Staff walk off
4) Lack of trust of leadership
5) Tight perimeters
6) Under guidelines
   * Complete

Correct they are on board

Do we have her teach some of it?

Talk w/ her - Careful boundaries

CONFIDENTIAL                              TMCN0178486

(HAVE EAP reachout to Earlene)

* how is she - she remorseful -
* what has she heard
  * not much
  * they are reaching out to make sure she is ok
* After discernment - we are bringing her back
* She visably showed her relief
* We discussed our expectation of her being supportive of leadership decisions.
* Dina went through PIP in detail
*

CONFIDENTIAL
TMCN0178487

1/7/19

Olivia Bond - May 2018 new RN
  * very upset - Friday night after we had called her
  * Is she in trouble?
  * We aren't being transparent
  * What is going to happen w/ Earlene
  * Everyone is afraid
  * The unit is awful to work in

3 colleagues spoke to detectives

* Carrie & Mavis - working on
    * Becky McNeil → professional focus
         → FACEBOOK
       Told everyone on night shift     ① Context of
       * Corrective Action of social media   Discussing
       * Reading text messages           w/ Becky
       * Becky meeting w/ colleagues
    Admitted   Talking bad about    ②
               Text message        leadership
                  to

※ ~~scribbled out~~

[boxed:] JACOB Deemer 4:30
         Wesley Black 3:00

Lisa Wolf → Jeannette

CONFIDENTIAL                                    TMCN0178508

Agenda for Ed Hodge

1) ~~Note~~ email or call for HREC – when
2) Perception – Gay, Tammy & Dan
3) Termed PCA for out of scope

Leadership Discussion "Who"

Sunday 1/13 3:30 call
1) Day After announcement – may have regulatory visit
2) Launch on Tuesday –
   Propose Wednesday Launch
   Decision –

Prosecutor doesn't like fatal – Rick G – says can go either way on fatal
Bret → he was pushing fatal

Potentially Fatal –

Magi you used "you thinks" (She) are you accusing before we go through

– "failed to report" –

– Common –

Timing – Wednesday Go live

8am → Tuesday – Fair & Just Culture Committee

Reason – remove from video

CONFIDENTIAL — TMCN0178514