# EXHIBIT 60

| | |
|---|---|
| **To:** | Richard J. Gilfillan[Richard.Gilfillan@trinity-health.org]; Bret Gallaway[gallawab@trinity-health.org]; Michael A. Slubowski[Mike.Slubowski@trinity-health.org]; Edward H. Lamb[Edward.Lamb@mchs.com]; Linda S. Ross[Linda.Ross@trinity-health.org]; Ed Hodge[Ed.Hodge@trinity-health.org]; Brett Justice[bjustice@mchs.com]; Ruth A. Goodell[Ruth.Goodell@trinity-health.org]; Melissa Lander[Melissa.Lander@mchs.com] |
| **Cc:** | Sally Jeffcoat[jeffcoas@trinity-health.org]; Samantha K. Irons[Samantha.Irons@mchs.com] |
| **From:** | Daniel J. Roth |
| **Sent:** | Fri 2/22/2019 6:14:29 PM |
| **Subject:** | Re: FYI: Dispatch article today |

Thanks to the whole communication team. I very much appreciate the Melissa and Samantha's help these last couple days.

Dan

---

**From:** Richard J. Gilfillan <richard.gilfillan@trinity-health.org>
**Sent:** Friday, February 22, 2019 7:11 PM
**To:** Bret Gallaway; Michael A. Slubowski; Edward H. Lamb; Daniel J. Roth; Linda S. Ross; Ed Hodge; Brett Justice; Ruth A. Goodell; Melissa Lander
**Cc:** Sally Jeffcoat; Samantha K. Irons
**Subject:** Re: FYI: Dispatch article today

Great job team thanks very much well done!

Get Outlook for iOS

---

**From:** Bret Gallaway <gallawab@trinity-health.org>
**Sent:** Friday, February 22, 2019 11:42 AM
**To:** Richard J. Gilfillan; Michael A. Slubowski; Edward H. Lamb; Daniel J. Roth; Linda S. Ross; Ed Hodge; Brett Justice; Ruth A. Goodell; Melissa Lander
**Cc:** Sally Jeffcoat; Samantha K. Irons
**Subject:** FYI: Dispatch article today

Lighthouse leadership team-

The Dispatch article is online. The article is straightforward and includes key messages from Ed and Dan, despite the stark headline. Here's a key quote:

"We want to make sure patients and loved ones have all the information about their prognosis and their treatment choices and what the realistic prognoses are so that they can make a fully informed decision," he said. "That's our obligation for these people, and it's never more important than in situations when someone is critically ill."

Kudos to Melissa Lander and Samantha Irons for leading this effort and influencing the Dispatch coverage. We'll track other local and national coverage and discuss during our 4pm call today.

CONFIDENTIAL
TMCN0169530

Bret

**Bret Gallaway**
Senior Vice President
Marketing and Communications
Trinity Health

gallawab@trinity-health.org
W 734-343-0231
C 210-913-1013
20555 Victor Parkway   Livonia, MI 48152

trinity-health.org | Facebook | Twitter | LinkedIn



CONFIDENTIAL
TMCN0169531