# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

William Husel,

      Plaintiff,

v.

Trinity Health Corporation,

      Defendant.

_____

Case No. 23-10845
Honorable Jonathan J.C. Grey

## **JUDGMENT**

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that plaintiff's cause of action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Dated: March 28, 2024

**s/ Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 28, 2024.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager